**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2109**

_____

SHIRLEY A. HIRSHAUER; JAMES A. GERBEN, JR.; RANDY W.
GERBEN; JASON W. GERBEN,

Plaintiffs - Appellants,

v.

THOMAS G. ROSS, Judge; BROOKE SCHUMM, III; THE ESTATE OF
GERALDINE GRAY; TERRY BRUMWELL; ALICE HALL; ELIZABETH
O'SHEA; HONORABLE THOMAS G. ROSS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, Chief District
Judge. (1:15-cv-00832-CCB)

_____

Submitted: January 14, 2016          Decided: January 19, 2016

_____

Before AGEE, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Shirley A. Hirshauer; James A. Gerben, Jr.; Randy W. Gerben;
Jason W. Gerben, Appellants Pro Se. Alexis Burrell Rohde,
Assistant Attorney General, Baltimore, Maryland; Stephan Young
Brennan, ILIFF, MEREDITH, WILDBERGER & BRENNAN, P.C., Pasadena,
Maryland; Brooke Schumm, III, DANEKER, MCINTIRE, SCHUMM, PRINCE,
Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley A. Hirshauer, James A. Gerben, Jr., Randy W. Gerben, and Jason W. Gerben appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hirshauer v. Ross, No. 1:15-cv-00832-CCB (D. Md. Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED